UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

John E. King

Plaintiff - Appellant,

v.

Wolverine Endeavors, VIII, LLC

Defendant - Appellee.

9th Cir. No. 24-7649

STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: July 25, 2025

[signature]

Attorney for Appellant

Myron Moskovitz

Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on the below referenced date, I electronically filed the foregoing document (Disclosure Statement) with the Clerk of the Court for the Ninth Circuit by using the ACMS system.

I further certify that parties of record to this appeal and related cases who either are registered ACMS users, or who have registered for electronic notice, will be served through the ACMS system.

I further certify that some of the parties of record to this appeal and/or related cases are not on the service list on the /ACMS system.

A true and correct copy of the foregoing document is being mailed to the following party:

Thomas Scott Leo
Law Offices of T. Scott Leo, P.C.
100 N. LaSalle Street, Suite 514
Chicago, IL 60602

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 25, 2025, at Santa Barbara, California.

*/s Debra Wheels*___
Debra Wheels